## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25-36-GF-WWM |
| Plaintiff, | |
| vs. | ORDER AMENDING CAPTION |
| JONATHON ALLEN ROBERTS, | |
| Defendant. | |

Plaintiff United States of America moves to amend Defendant's true and correct name to Jonathon Allen Roberts in the caption. (Doc. 41). Defense counsel has been contacted and has no objection to this Motion. Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall amend Defendant's true and correct name to Jonathon Allen Roberts in this matter.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED the 14th day of January, 2026.

_____
WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE