# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JONATHON ALLEN ROBERTS,<br><br>Defendant. | CR 25-36-GF-WWM<br><br>ORDER |

Pursuant to Local Criminal Rule 24.1(a)(3), "[u]nless the court orders otherwise[,] examination of trial jurors will be conducted by the [C]ourt." Additionally, the Court may set the method for exercising peremptory challenges of jurors. (L.R. CR 24.1(b)(2)). Accordingly,

**IT IS HEREBY ORDERED** that, in addition to examination of trial jurors by the Court as set forth in Local Criminal Rule 24.1(a)(3)(A), counsel for each party will be allowed twenty (20) minutes to examine jurors.

**IT IS FURTHER ORDERED** that the exercise of peremptory challenges will be facilitated using the Arizona Strike Method, pursuant to Local Criminal Rule 24.1(b)(2)(B).

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 20th day of January, 2026.

_____
WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE