## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25-36-GF-WWM |
| Plaintiff, | |
| vs. | ORDER TO DISMISS INDICTMENT WITHOUT PREJUDICE |
| JONATHON ALLEN ROBERTS, | |
| Defendant. | |

Upon the United States' Unopposed Motion to Dismiss Indictment (Doc. 47), and for good cause shown,

**IT IS HEREBY ORDERED** that the Indictment (Doc. 2) in this case is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that the trial in this matter set for January 26, 2026, is **VACATED**.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED the 20th day of January, 2026.

WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE